No. 14,217.

KOSCHALK v. MONISMITH.
(77 P. [2d] 1199)

Decided March 21, 1938. Rehearing denied May 31, 1938.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck, Mr. Justice Young and Mr. Justice Knous participating.

Mr. CARLE WHITEHEAD, Mr. ALBERT L. VOGL, Mr. FRANK A. WACHOB, Mr. WILLIAM R. KELLY, for plaintiff in error.

Mr. HERMAN E. CRIST, Mr. CLAY R. APPLE, for defendant in error.